THE STATE v. CHARLES CLARKE, Appellant.

Division Two, November 21, 1905.

Appeal from St. Louis Court of Criminal Correction.—
*Hon. Hiram N. Moore,* Judge.

REVERSED.

*John A. Gernez* and *A. C. Davis* for appellant.

*Herbert S. Hadley,* Attorney-General, and *Frank Blake,* Assistant Attorney-General, for the State.

FOX, J.—The same propositions are involved in this case as were presented in State v. Bert Anderson, ante, p. 134.

Adopting the views, as well as the conclusions reached in that case, the judgment in this cause will be reversed and the defendant discharged.

All concur.